# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**David Netherland**
      **Petitioner,**

-vs-                                                         **Case No.  C-1-00-427**

**Gary Mohr,**

      **Respondent.**

_____

## JUDGMENT IN A CIVIL CASE

        **Jury Verdict.**        This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**        **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

THAT THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC 15) IS **ADOPTED** IN ITS ENTIRETY.

PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS IS **DISMISSED WITH PREJUDICE** AND THIS CASE IS **CLOSED** PURSUANT TO ORDER OF THE COURT (DOC 17).

Date:  September 14, 2003                KENNETH J. MURPHY, JR., CLERK

                                      By:<u>s/_____</u>
                                      Tempann Thomas, Deputy Clerk